FRANK G. CARTER, Respondent, *v.* JOHN R. BRADLEE et al., Copartners under the Firm Name of HENRY W. PEABODY & Co., Appellants.

(Argued December 12, 1935; decided January 8, 1936.)

*J. Hampden Dougherty, Jr.,* and *John D. Graves* for appellants.

*S. S. Goldsmith* and *Charles Rabbins* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.